# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re: THEDFORD W DANIELS JR  
      LISA R DANIELS

Case No.: 08-05102

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2008.

2) This case was confirmed on 04/28/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/10/2009.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 21

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 8,417.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 17,799.00 |
| Less amount refunded to debtor | $ 1,917.85 |
| **NET RECEIPTS** | $ 15,881.15 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,462.20 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,175.87 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,638.07 |
| Attorney fees paid and disclosed by debtor | $ 1,037.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS | UNSECURED | 300.00 | 277.95 | 277.95 | 39.61 | .00 |
| AMERICASH LOANS | UNSECURED | 694.00 | 621.97 | 621.97 | 88.68 | .00 |
| AMERICASH LOANS | UNSECURED | 1,400.00 | 548.05 | 548.05 | 78.11 | .00 |
| AMERICASH LOANS | UNSECURED | 8,000.00 | 1,016.85 | 1,016.85 | 144.98 | .00 |
| CAPITAL ONE | UNSECURED | 1,122.38 | 1,230.21 | 1,230.21 | 175.39 | .00 |
| CAPITAL ONE | UNSECURED | NA | 1,013.64 | 1,013.64 | 144.51 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 91.60 | 1,003.10 | 1,003.10 | 142.99 | .00 |
| AT & T | OTHER | NA | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 1,632.35 | NA | NA | .00 | .00 |
| BALLY | OTHER | NA | NA | NA | .00 | .00 |
| BALLY | OTHER | NA | NA | NA | .00 | .00 |
| AMOCO BP | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| BP AMOCO | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 832.84 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 764.08 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 3,483.19 | 3,483.19 | 3,483.19 | 496.57 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHRYSLER FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL S | OTHER | NA | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 1,183.66 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 225.00 | 410.00 | 410.00 | 43.61 | .00 |
| CITY CHICAGO DEPT OR | OTHER | NA | NA | NA | .00 | .00 |
| COLUMBIA HOUSE COMPA | UNSECURED | 76.74 | NA | NA | .00 | .00 |
| GRANDMAS KITCHEN | UNSECURED | 82.40 | NA | NA | .00 | .00 |
| GROUP FOX | UNSECURED | 883.00 | NA | NA | .00 | .00 |
| GROUP FOX | OTHER | NA | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 813.67 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | 2,558.42 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 4,023.37 | 4,023.37 | 573.61 | .00 |
| HOUSEHOLD BANK | OTHER | NA | NA | NA | .00 | .00 |
| WORLDWIDE ASSET PURC | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT SER | UNSECURED | 1,055.19 | NA | NA | .00 | .00 |
| HOUSEHOLD | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD CREDIT SER | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF EMP | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| ILLINOIS INSTITUTE O | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| LENDER SIR FINANCE | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| LENDER SIR FINANCE | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| LENDER SIR FINANCE | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAYDAY LOANS INC | UNSECURED | 840.67 | NA | NA | .00 | .00 |
| PAYDAY LOANS INC | UNSECURED | 3,500.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 8,000.00 | 7,777.12 | 7,777.12 | 1,108.76 | .00 |
| SBC | UNSECURED | 165.41 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | UNSECURED | 176.09 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | OTHER | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,340.00 | 853.14 | 853.14 | 121.65 | .00 |
| GEORGE EWASKO | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 6,122.78 | 14,325.00 | 6,122.78 | 2,808.91 | 406.04 |
| WICKES FURNITURE | SECURED | 500.00 | .00 | 1,700.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,454.70 | 3,148.59 | 3,148.59 | 3,148.59 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 18.13 | 18.13 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | 9,198.80 | 17,401.02 | 2,480.80 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT COR | UNSECURED | NA | 235.18 | 235.18 | 33.53 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 266.61 | 266.61 | 38.01 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 1,183.63 | 1,183.63 | 168.73 | .00 |
| WICKES FURNITURE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,122.78 | 2,808.91 | 406.04 |
| All Other Secured | 1,700.00 | .00 | .00 |
| **TOTAL SECURED:** | 7,822.78 | 2,808.91 | 406.04 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,148.59 | 3,148.59 | .00 |
| **TOTAL PRIORITY:** | 3,148.59 | 3,148.59 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 41,363.16 | 5,879.54 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,638.07 |
| Disbursements to Creditors | $ | 12,243.08 |
| **TOTAL DISBURSEMENTS:** | $ | 15,881.15 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/23/2009                   /s/ Tom  Vaughn
                                      Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**